BEFORE THE THIRD DIVISION, APRIL 10, 1952

**No. 56547.**—Vintage Wines, Inc. *v.* United States, protest 162537–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.

**No. 56548.**—Kelly's Pet Shop and Trefflich's Bird & Animal Co., Inc. *v.* United States, protests 179000–K and 179244–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.

**No. 56549.**—John Aquino & Sons, Inc., et al. *v.* United States, protests 140442–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56550.**—Almast Aivazzadeh et al. *v.* United States, protests 162534–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56551.**—Bellows & Co., Inc. *v.* United States, protests 175152–K (A) and 175152–K (B) (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56552.**—E. Behrman & Company, Inc., et al. *v.* United States, protests 177862–K (A), etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.